Filed 5/31/23  In re J.M. CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

**FIFTH APPELLATE DISTRICT**

| | |
|---|---|
| In re J.M., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE, | F085431 |
| Plaintiff and Respondent, | (Super. Ct. No. JW-132483-00) |
| v. | |
| J.M., | **OPINION** |
| Defendant and Appellant. | |

**THE COURT**\*

APPEAL from orders of the Superior Court of Kern County.  John W. Lua, Judge.

Roshni Mehta, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

\*       Before Levy, Acting P. J., Poochigian, J. and Meehan, J.

Appointed counsel for minor J.M. asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Minor was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. Minor did not respond. Finding no arguable error that would result in a disposition more favorable to minor, we affirm.

## BACKGROUND

On December 9, 2021, 16-year-old minor was involved in a large student dispute outside his school. When a female teacher heard minor talking to another student about fighting each other, she tried to intervene. She moved between minor and the other student to protect the student from an attack. She told minor to stop and put her hand up, touching minor. In response, minor pushed her with both hands. She told him again to stop and he pushed her a second time. More staff then intervened and removed minor from the incident.

On May 9, 2022, a juvenile petition was filed pursuant to Welfare and Institutions Code section 602 alleging minor committed misdemeanor battery against the teacher (Pen. Code, § 243, subd. (a); count 1).

At the detention hearing on May 23, 2022, minor was released to his mother on home supervision.

On October 17, 2022, an amended petition was filed with an additional allegation of misdemeanor public fighting or threatening to fight (Pen. Code, § 415, subd. (1); count 2).

On October 27, 2022, a contested jurisdiction hearing was held. The juvenile court found count 1 true; but the court found count 2 not true.

On November 17, 2022, the disposition hearing was held. The juvenile court adjudged minor a ward of the court and placed him on probation, including 40 hours in the juvenile work program.

On December 12, 2022, minor filed a notice of appeal.

2.

## DISCUSSION

Having undertaken an examination of the entire record, we find no evidence of any arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The juvenile court's findings and orders are affirmed.